UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| ROBERT N. OLDS, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:05-CV-1110-HEA |
| | ) |
| STEVE LONG, JAMES PURKETT, | ) |
| BRENDA GRUHALA, CLARENCE | ) |
| HAMLIN, MARVIN JOHNSON, | ) |
| JOHN E. BAIN and S. BILLINGLEY, | ) |
| | ) |
| Defendants. | ) |

## OPINION AND ORDER

This matter is before the Court, *sua sponte*, upon plaintiff's of his filing Amended Complaint [Doc. #7].

In filing his Amended Complaint, plaintiff attempts to amend his complaint by interlineation and not to supercede his previous complaint. If plaintiff wished to amend his complaint, he should have submitted to the Court an amended complaint containing all of his claims. Regardless, plaintiff's Amended Complaint adds nothing cognizable in the present cause of action beyond that which has already been carefully considered by the Court. Therefore, the Court will strike plaintiff's Amended Complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's Amended Complaint [Doc. #7] be, and is, **STRICKEN**.

Dated this 8th day of August, 2005.

_____

**UNITED STATES DISTRICT JUDGE**